

UNITED STATES PATENT AND TRADEMARK OFFICE

MAY 18 2005

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
P.O. BOX 1450
ALEXANDRIA, VA 22313-1450
www.uspto.gov

Peter R. Kramer
48 Cheney Drive
Storrs, CT 06268

Dear Mr. Kramer,

Receipt is acknowledged of the petition under 37 CFR 10.2(c) filed on April 11, 2005, requesting review of the decisions on the petitions for regrade rendered by the Director of the Office of Patent Legal Administration dated February 17, 2005 and October 25, 2004.

The petition under 37 CFR 10.2(c) filed on April 11, 2005 is improper for requesting review of the decisions dated February 17, 2005 and October 25, 2004. 37 CFR 10.2(c) provides for review of any final decision of the <u>Director of Enrollment and Discipline</u>. Thus, the petition under 37 CFR 10.2(c) is improper because the decisions were not rendered by the Director of Enrollment and Discipline.

The decisions on October 25, 2004 and February 17, 2005 fully addressed the petitioner's arguments. Both decisions stated that "in order to expedite a petitioner's appeal rights, a single final agency decision will be made regarding each request for regrade. The decision will be reviewable under 35 U.S.C. § 32." The decisions also stated that "[t]his is <u>a final agency action</u>." The provision for regrade of an examination set forth in former 37 CFR 10.7(c) has been eliminated and current 37 CFR 11.7(e) provides that "[s]ubstantive review of the answers or questions may not be pursued by petition for regrade" and "[a]n **individual who failed the examination has the right to retake the examination an unlimited number of times** upon payment of the fees required by § 1.21(a)(1)(i) and (ii) of this subchapter, and a fee charged by a commercial entity administering the examination." *See Changes to Representation of Others Before the United States Patent and Trademark Office*, 69 *Fed. Reg.* 35428 (June 24, 2004), 1288 OG 109 (November 16, 2004) (final rule).

Sincerely,

Robert J. Spar
Director, Office of Patent Legal Administration
Office of the Deputy Commissioner
 For Patent Examination Policy

05 1455
FILED

JUL 22 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT