

UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
P.O. BOX 1450
ALEXANDRIA, VA 22313-1450
www.uspto.gov

**MAR 2 8 2005**

Peter R. Kramer
48 Cheney Drive
Storrs, CT 06268

Dear Mr. Kramer,

Receipt is acknowledged of your letter that was directed to the Director of the Office of Patent Legal Administration requesting a second reconsideration of the decision on the petition for regrade under 37 CFR 10.7(c) mailed on October 25, 2004. The Office received both copies of your letter that was transmitted by facsimile on March 2, 2005 and was received on March 7, 2005 via mail. Receipt is also acknowledged of your letter transmitted by facsimile on March 22, 2005.

On December 22, 2003, the Office mailed a notice of results of October 15, 2003 registration examination informing you that your examination score is 68 and to pass the registration examination, you would need a minimum score of 70.

On February 26, 2004, you filed a petition for regrade pursuant to 37 CFR 10.7(c) arguing the model answers for four questions were incorrect and seeking a passing grade on the examination. In response to the petition, the Office fully considered your arguments and, on October 25, 2004, mailed a decision on the petition for regrade that addressed each question that was petitioned. The petition was denied to the extent petitioner seeks a passing grade on the registration examination.

On December 17, 2004, the Office received a request for reconsideration of the decision on the petition for regrade. Even though there are no rules or procedures for a petitioner to request for reconsideration of a decision on a petition for regrade under 37 CFR 10.7(c), the Office fully considered the arguments presented in the request and, on February 17, 2005, mailed a decision that addressed each argument presented. The request was denied to the extent petitioner seeks a passing grade on the registration examination.

The Office's decisions on October 25, 2004 and February 17, 2005 fully addressed your arguments. There are no rules or procedures for a petitioner to request for reconsideration of a decision on a petition for regrade under 37 CFR 10.7(c). Both decisions stated that "in order to expedite a petitioner's appeal rights, a single final agency decision will be made regarding each request for regrade. The decision will be reviewable under 35 U.S.C. § 32." The decisions also stated that "[t]his is a final agency action." The provision for regrade of an examination set forth in former 37 CFR 10.7(c) has been eliminated and current 37 CFR 11.7(e) provides that "[s]ubstantive review of the answers or questions may not be pursued by petition for regrade" and "[a]n individual who failed the examination has the right to retake the examination an unlimited number of times upon payment of the fees required by § 1.21(a)(1)(i) and (ii) of this subchapter, and a fee charged by a commercial entity administering the examination." *See*

Page 2

*Changes to Representation of Others Before the United States Patent and Trademark Office*, 69 *Fed. Reg.* 35428 (June 24, 2004), 1288 OG 109 (November 16, 2004) (final rule). In view of the above, the Office will not provide another decision in response to your letters.

Sincerely,

Robert J. Spar
Director, Office of Patent Legal Administration
Office of the Deputy Commissioner
  For Patent Examination Policy