**UNITED STATES PATENT AND TRADEMARK OFFICE**

OFFICE OF ENROLLMENT AND DISCIPLINE

FEB 17 2005

Peter R. Kramer, Ph.D.
48 Cheney Drive
Storrs, CT 06268

Dear Dr. Kramer:

Please find enclosed with this letter a Personal Money Order, No. 7792895, in the amount of $130.00 that was drawn on People's Bank and received with your request for reconsideration.

Inasmuch as the rules did not provide for a fee for reconsideration of the decision on regrade, the money order is being returned to you.

Sincerely,

Harry I. Moatz
Director of Enrollment and Discipline

630
250
380

760 pt
320
440 pt [illegible]
[illegible]

Mail Stop OED, P.O. Box 1450, Alexandria, Virginia 22313-1450 – WWW.USPTO.GOV