UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER RONALD KRAMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1455 (HHK) |
| ) | |
| UNITED STATES PATENT AND ) | |
| TRADEMARK OFFICE, ) | |
| JON W. DUDAS, Director, USPTO, ) | |
| JOHN J. DOLL, Commissioner for Patents, ) | |
| HARRY I. MOATZ, Director, Office of ) | |
|     Enrollment and Discipline, ) | |
| ROBERT J. SPAR, Director, Office of ) | |
|     Patent Legal Administration, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

CONSENT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant hereby moves for an enlargement of time of one day, to September 2, 2004, to file a dispositive motion in this case. The summons in this case was served on the United States Attorney's Office on August 12, 2005, and stated that the defendants had sixty days to respond. However, review of the amended complaint showed that it is actually governed by LCvR 83.7, which gives the defendants only 20 days to respond to the petition for review. In light of the local rule, a dispositive motion was prepared for filing today; however, supervisory review noted issues that needed some further consideration, hence the need for the additional day. Undersigned counsel (Fred E. Haynes) primarily responsible for this case for the defendants contacted plaintiff, who is pro se, to determine his position on this motion. He consents to the motion. Additionally, he indicated that he will be traveling a substantial portion of September and will need additional time to respond to the motion to dismiss that defendants will be filing.

Defendants are, therefore, seeking by this motion an extension to October 14, 2005, for plaintiff's opposition to defendant's motion to dismisss.  This is acceptable to plaintiff.

Attached is a draft order reflecting the requested relief.

    Respectfully submitted,

KENNETH L. WAINSTEIN, DC Bar # 451058
United States Attorney

R. CRAIG LAWRENCE, DC Bar # 171538
Assistant United States Attorney

FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER RONALD KRAMER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES PATENT AND )<br>TRADEMARK OFFICE, )<br>JON W. DUDAS, Director, USPTO, )<br>JOHN J. DOLL, Commissioner for Patents, )<br>HARRY I. MOATZ, Director, Office of )<br>    Enrollment and Discipline, )<br>ROBERT J. SPAR, Director, Office of )<br>    Patent Legal Administration, )<br>)<br>Defendants. )<br>_____) | Civil Action No. 05-1455 (HHK) |

ORDER

Upon consideration of the consent motion by defendant for an enlargement of time, it is this

___ day of _____, 2005,

ORDERED that defendants shall have to, and including, September 2, 2005, to answer or otherwise respond to the complaint in this case; and it is further

ORDERED that plaintiff shall have to, and including, October 14, 2005, to respond to the dispositive motion filed by the defendants.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Fred E. Haynes
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington,D.C. 20001

Peter R. Kramer, Ph.D.
7 High Street
Terryville, CT 06786

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Consent Motion For Enlargement Of Time to be served by first class mail, postage prepaid, this 1st day of September, 2005, on:

> Peter R. Kramer, Ph.D.
> 7 High Street
> Terryville, CT 06786

> _____
> Fred E. Haynes, D.C. Bar # 165654
> Assistant United States Attorney
> 55 4th Street, N.W., Room E-4110
> Washington, D.C. 20530
> (202) 514-7201