

## UNITED STATES PATENT AND TRADEMARK OFFICE

OFFICE OF ENROLLMENT AND DISCIPLINE

December 22, 2003

Peter Ronald Kramer
48 Cheney Drive
Storrs, CT 06268

### NOTICE OF RESULTS OF October 15, 2003 REGISTRATION EXAMINATION

I regret to inform you that you did not attain a passing grade on the examination for registration to practice before the U.S. Patent and Trademark Office given on October 15, 2003. Your examination score is: 68

To pass the examination, you needed a minimum score of 70 per cent on the entire examination.

A copy of your Answer Sheet is enclosed. The examination and model answers may be found at the USPTO web site at http://www.uspto.gov/web/offices/dcom/gcounsel/oed.htm, and may be downloaded at no cost. A printed copy of the examination with model answers is available from OED as single copies at a prepaid fee of $30.00 per copy. For a printed copy, submit a written request with the appropriate fee to: Mail Stop OED, United States Patent and Trademark Office, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Requests for regrade with the appropriate fee(s) must be filed on or before **Monday, February 23, 2004**. The procedure for requesting a regrade of your October 15, 2003 registration examination is on the reverse of this letter.

Your examination papers will be destroyed three months after the date of this letter. No regrade pertaining to the examination will be considered unless a written request for regrade and fee are filed with the Office of Enrollment and Discipline within two months from the date of this letter. 37 CFR 10.7(c).

Future registration examinations will be delivered via computer each business day of the calendar year, beginning in the Spring of 2004. The General Requirements Bulletin, including the application forms for future examinations will be available at the OED home page at the following web address: http://www.uspto.gov/web/offices/dcom/gcounsel/oed.htm, and may be downloaded at no cost, or you may purchase a single copy at a prepaid fee of $15.00 per copy. For a printed copy, submit a written request with the appropriate fee to: Mail Stop OED, United States Patent and Trademark Office, P. O. Box 1450, Alexandria, Virginia 22313-1450.

Please wait until the General Requirements Bulletin is available with the new procedures and fees before you submit an application for the registration examination.

In order to apply for the next registration examination, you must carefully follow the instructions contained in the General Requirements Bulletin in the section titled, "Reapplying for the Exam."

EXHIBIT A
05-cv-1455

**Procedure for a Regrade of the October 15, 2003 Registration Examination**

The deadline for filing a request for regrade is: **Monday, February 23, 2004**

Enclosed is a copy of your answer sheet for the examination for registration to practice before the United States Patent and Trademark Office that was held on October 15, 2003. If a copy of your answer sheet is not enclosed in this envelope, please contact the Office of Enrollment and Discipline at the address shown below or, by telephone at 703-306-4097, or facsimile at 703-306-4134.

You may request a regrade of your examination pursuant to 37 CFR § 10.7(c). Requests for regrade must specifically point out the errors you believe occurred in grading your answers and include appropriate fees. If you file a regrade request close to the date of the deadline, you should consider including a certificate of mailing under 37 CFR § 1.8 or §1.10

The fees for requests for a regrade are based on the total number of questions for which regrade is requested, and are shown below:

- Seven or fewer questions:    $230.00
- Eight or more questions:      $460.00

Note: The fee for a regrade will not exceed $460.00.

Your request for regrade must only address the merits of your original answer in simple, short, clearly written sentences. The burden of proof is on you to establish that you are entitled to a greater score. You are required to prove that your darkened answer is the most correct answer. Oral interviews will not be granted to discuss the merits of any examination paper. Arguments that do not address the merits of your chosen answer may not be considered.

In order to expedite your appeal rights, all regrade requests will be considered in the first instance by the Director of the United States Patent and Trademark Office. Decisions on regrade requests are final agency decision, and are reviewable in the United States District Court for the District of Columbia under 35 U.S.C. § 32.

Please submit your request for regrade to the following address:

> Mail Stop OED
> United States Patent and Trademark Office
> P. O. Box 1450
> Alexandria, VA 22313-1450

If you wish to receive acknowledgment of the receipt of any communication, please include a self-addressed, stamped post card to be used for such purpose. The card should identify each type of paper filed. OED will stamp the receipt date on the card and place it in the outgoing mail. However, the card is not verification that all those identified items are present.

Harry I. Moatz
Director of Enrollment and Discipline