UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER RONALD KRAMER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES PATENT AND )<br>TRADEMARK OFFICE, )<br>JON W. DUDAS, Director, USPTO, )<br>JOHN J. DOLL, Commissioner for Patents, )<br>HARRY I. MOATZ, Director, Office of )<br>    Enrollment and Discipline, )<br>ROBERT J. SPAR, Director, Office of )<br>    Patent Legal Administration, )<br>)<br>Defendants. )<br>_____) | Civil Action No. 05-1455 (HHK) |

MOTION FOR LEAVE TO FILE LODGED MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 6(b)(2), defendants hereby move for leave to file the lodged motion to dismiss. On September 1, 2005, undersigned counsel (Fred E. Haynes) sought permission of the Court for an extension of time of one day (to September 2, 2005) to file a dispositive motion in this case. The summons in this case was served on the United States Attorney's Office on August 12, 2005, and stated that the defendants had sixty days to respond. However, review of the amended complaint showed that it is actually governed by LCvR 83.7, which gives the defendants only 20 days to respond to the petition for review. In light of the local rule, a dispositive motion was prepared for filing. On September 2, 2005, the dispositive motion was mailed to plaintiff and also telecopied to him. The motion for extension of time also sought additional time for plaintiff to respond to the motion, to October 14, 2005, since plaintiff is traveling much of September. (Also, for this reason, defendant has not sought plaintiff's position on this motion.)

The Patent and Trademark Office just brought to undersigned counsel's attention that PACER did not show that the dispositive motion had been filed. It appears that undersigned counsel took all the steps necessary to serve and file the dispositive motion but inadvertently failed to transmit it electronically to the Court. Hence, the need for this motion.

Attached is a draft order reflecting the requested relief.

    Respectfully submitted,

    KENNETH L. WAINSTEIN, DC Bar # 451058
    United States Attorney

    R. CRAIG LAWRENCE, DC Bar # 171538
    Assistant United States Attorney

    FRED E. HAYNES, DC Bar #165654
    Assistant United States Attorney
    555 4th Street, N.W., Room E-4110
    Washington, D.C. 20530
    202.514.7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER RONALD KRAMER, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES PATENT AND )<br>TRADEMARK OFFICE, )<br>JON W. DUDAS, Director, USPTO, )<br>JOHN J. DOLL, Commissioner for Patents, )<br>HARRY I. MOATZ, Director, Office of )<br>  Enrollment and Discipline, )<br>ROBERT J. SPAR, Director, Office of )<br>  Patent Legal Administration, )<br>)<br>   Defendants. )<br>_____) | Civil Action No. 05-1455 (HHK) |

ORDER

Upon consideration of the motion by defendant for leave to file the lodged motion to dismiss,

it is this ___ day of _____, 2005,

ORDERED that the Clerk is directed to file the lodged motion to dismiss.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Fred E. Haynes
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington,D.C. 20001

Peter R. Kramer, Ph.D.
7 High Street
Terryville, CT 06786

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing motion for leave to file lodged motion to dismiss to be served by first class mail, postage prepaid, this 14th day of September, 2005, on:

>Peter R. Kramer, Ph.D.
>7 High Street
>Terryville, CT 06786

>Fred E. Haynes, D.C. Bar # 165654
>Assistant United States Attorney
>55 4th Street, N.W., Room E-4110
>Washington, D.C. 20530
>(202) 514-7201