UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER RONALD KRAMER,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES PATENT AND<br>TRADEMARK OFFICE,<br>JON W. DUDAS, Director, USPTO,<br>JOHN J. DOLL, Commissioner for Patents,<br>HARRY I. MOATZ, Director, Office of<br>    Enrollment and Discipline,<br>ROBERT J. SPAR, Director, Office of<br>    Patent Legal Administration,<br><br>        Defendants. | Civil Action No. 05-1455 (HHK) |

ORDER

Upon consideration of Defendant's motion to dismiss and Plaintiff's reply thererto, it is

ORDERED THAT:

The complaint is not dismissed.

                                                                                               _____
                                                                                               United States District Judge

Copies to:

Fred E. Haynes
Assistant U.S. Attorney
555 4th Street, N.W., Room E-4110
Washington, DC 20530

Peter R. Kramer
7 High Street
Terryville, CT 06786

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER RONALD KRAMER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES PATENT AND )<br>TRADEMARK OFFICE, )<br>JON W. DUDAS, Director, USPTO, )<br>JOHN J. DOLL, Commissioner for Patents, )<br>HARRY I. MOATZ, Director, Office of )<br>   Enrollment and Discipline, )<br>ROBERT J. SPAR, Director, Office of )<br>   Patent Legal Administration, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 05-1455 (HHK) |

ORDER

Upon consideration of Defendant's motion to dismiss and Plaintiff's reply thererto, it is

ORDERED THAT:

The complaint is not dismissed. This is a final appealable order.

_____
United States District Judge

Copies to:

Fred E. Haynes
Assistant U.S. Attorney
555 4th Street, N.W., Room E-4110
Washington, DC 20530

Peter R. Kramer
7 High Street
Terryville, CT 06786