UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PETER RONALD KRAMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No.: 05-1455 HKK |
| | ) | ECF |
| U.S. PATENT & TRADEMARK OFFICE, | ) ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME**

Defendant United States Patent and Trademark Office ("USPTO") respectfully moves the Court for an extension of time from October 24, 2005, to November 8, 2005, to file a Reply Brief in response to Plaintiff Peter Ronald Kramer's Opposition to Motion to Dismiss. Pursuant to Local Rule 7(m), the undersigned counsel conferred with Plaintiff, and Plaintiff graciously consents to this Motion.

This case involves Plaintiff's failure to pass a required exam to register as a patent agent. Specifically, after not receiving a pass grade, Plaintiff asked the USPTO to re-grade his exam. The USPTO re-graded the exam and awarded Plaintiff one additional point. However, that score was still not sufficient for Plaintiff to pass the exam. Plaintiff then belatedly sued in federal court seeking to have his exam re-graded. Defendant filed a motion to dismiss on September 14, 2005, and Plaintiff responded on October 13, 2005. By operation of Local Rule 7(d) and Fed. R. Civ. P. 6, Defendant's Reply Brief is due today October 24, 2005.

There is good cause for the Court to grant this brief extension. This case is currently assigned to AUSA Fred Haynes. However, Mr. Haynes is now on sick leave and the

undersigned is responsible for assuming some of Mr. Haynes' pending cases. The undersigned, through the USPTO's agency counsel, only learned late last week that Defendant's Reply Brief is due today October 24, 2005. The undersigned seeks this 15-day extension of time to become familiar with the facts and legal issues in this case to prepare a Reply Brief. Also, this additional time is needed because of the undersigned's other work commitment. Specifically, the undersigned is scheduled to defend and take depositions this week, and to file two motions for summary judgment and a reply brief the following week. More importantly, the additional time is needed for the undersigned to submit the Reply Brief for client and supervisory review before filing it with the Court.

For the foregoing reasons, Defendant USPTO respectfully ask that the Court grant a 15-day extension of time for Defendant to file its Reply Brief.

Dated: October 24, 2005.                    Respectfully Submitted,


                                            /s/
                                            KENNETH L. WAINSTEIN, D.C. BAR #451058
                                            United States Attorney


                                            /s/
                                            R. CRAIG LAWRENCE, D.C. BAR #171538
                                            Assistant United States Attorney


                                            /s/
                                            JOHN C. TRUONG, D.C. BAR #465901
                                            Assistant United States Attorney
                                            555 Fourth Street, N.W.
                                            Washington, D.C. 20530
                                            (202) 307-0406

                                            Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PETER DONALD KRAMER,         ) | |
|                 Plaintiff,         ) | |
|                 v.                    ) | Civ. No.: 05-1455 HKK |
|                                       ) | ECF |
| U.S. PATENT & TRADEMARK      ) | |
| OFFICE,                       ) | |
|                 Defendant.        ) | |

**[PROPOSED] ORDER GRANTING DEFENDANT'S**
**CONSENT MOTION FOR AN EXTENSION OF TIME**

Upon consideration of Defendant's Consent Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2005,

ORDERED that Defendant's Consent Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including November 8, 2005, to file a response to file a Reply Brief.

SO ORDERED.

_____
U.S. District Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the 24th day of October, 2005, service of the foregoing Defendant's Consent Motion for an Extension of Time was made via the Court's Electronic Case Filing System and by first class, postage prepaid mail to pro se plaintiff addressed as follows:

> Mr. Peter Ronald Kramer
> 7 High Street
> Terryvillle, CT 06786

/s/

JOHN C. TRUONG

Assistant United States Attorney