UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETER RONALD KRAMER,            )
                                )
            Plaintiff,           )
                                )
     v.                          )   Civil Action No. 05-1455 (HHK)
                                )
UNITED STATES PATENT AND         )
TRADEMARK OFFICE,                )
JON W. DUDAS, Director, USPTO,   )
JOHN J. DOLL, Commissioner for Patents, )
HARRY I. MOATZ, Director, Office of )
    Enrollment and Discipline,   )
ROBERT J. SPAR, Director, Office of )
    Patent Legal Administration, )
                                )
            Defendants.          )
                                )
_____)

## MOTION TO ALLOW ELECTRONIC FILING BY PRO SE PARTY AND SUPPORTING INFORMATION

I, Peter R. Kramer, declare that I am the Plaintiff representing myself in this action; that I hereby request permission to electronically file and serve my documents. I state that, upon a showing of good cause below, I am able to comply with the equipment and rule requirements governing electronic filing.

In further support of this application:

I have attended a 2-hour training session administered by the clerk's office covering all pertinent aspects of electronic filing. I have two Windows XP-based computers. I have DSL broadband, and T1 network access to the internet. My DSL e-mail is limited to 1

FILED
JAN 25 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Peter R. Kramer v USPTO, et. al.                                                                                                 2

MB per message, however, my T1 connection has virtually no size limitation. I currently subscribe to PACER. I have Adobe Acrobat 6.0, which can convert my MS Word documents to pdf files. I also have Word Perfect Office 12, and can produce pdf files with WP. I also have a scanner at home, and access to several scanners at my place of employment, permitting me to scan printed matter and convert to pdf electronic format. Furthermore, I am able to comply with all relevant procedures and policies concerning electronic filing and serving, required by the Court, and the privacy policy of the Judicial Conference of the United States and the E-Government Act of 2002.

                                                                                Respectfully submitted,

                                                                                */s/ Peter R. Kramer*
                                                                                Peter R. Kramer

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Motion To Allow Electronic Filing to be served by USPS First Class Mail this   24th   day of January, 2006, on:

John C. Truong
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, DC 20530

Peter R. Kramer
7 High St
Terryville, CT 06786
(860) 299-5364 cell
(860) 872-7000 ext 1292 (work)
(860) 533- 9795 (home)