UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Peter R Kramer, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. __05-1455 (HHK)_____ |
| ) | |
| __U.S.P.T.O., et. al___, ) | |
| ) | |
| Defendant(s). ) | |

## NOTICE REGARDING EXHIBIT ATTACHMENT

Exhibit C, which is an attachment to Plaintiff's Motion for Summary Judgment, is in CD-ROM form only and is being maintained in the case file in the Clerk's Office. These documents will be available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.

Attorney for (Plaintiff or Defendant) Address:_ 7 High St. Terryville, CT 06786

Date:___May 1, 2006_____

ECF User's Manual **(November 2003)** Page 44 U.S. District Court for District of Columbia