UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PETER RONALD KRAMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1455 (HHK) |
| | ) | |
| UNITED STATES PATENT AND | ) | |
| TRADEMARK OFFICE, | ) | |
| JON W. DUDAS, Director, USPTO, | ) | |
| JOHN J. DOLL, Commissioner for Patents, | ) | |
| HARRY I. MOATZ, Director, Office of | ) | |
| Enrollment and Discipline, | ) | |
| ROBERT J. SPAR, Director, Office of | ) | |
| Patent Legal Administration, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ORDER

Upon consideration of Plaintiff's Motion for Summary Judgment it is

ORDERED THAT:

The motion shall be granted.

                                               _____
                                               United States District Judge

Copies to:

John C. Truong
Assistant U.S. Attorney
555 4th Street, N.W., Room E-4110
Washington, DC 20530

Peter R. Kramer
7 High Street
Terryville, CT 06786