UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


| | | |
|---|---|---|
| PETER RONALD KRAMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1455 (HHK) |
| | ) | |
| UNITED STATES PATENT AND | ) | |
| TRADEMARK OFFICE, | ) | |
| JON W. DUDAS, Director, USPTO, | ) | |
| JOHN J. DOLL, Commissioner for Patents, | ) | |
| HARRY I. MOATZ, Director, Office of | ) | |
| Enrollment and Discipline, | ) | |
| ROBERT J. SPAR, Director, Office of | ) | |
| Patent Legal Administration, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |


MOTION FOR LEAVE TO FILE 2nd AMENDED COMPLAINT OR ALTERNATIVE SUPPLEMENTAL BRIEF


I am requesting leave in order to amend my complaint that was filed on August 4,

2005.  I intent to add 35 U.S.C. 32 as an alternative cause of action, and include therein a

brief request for relaxation of the 30-day filing limit imposed by Local Civil Rule 83.7.

When I filed my Amended Complaint, I filed under 28 U.S.C. 1361 requesting writ of

mandamus.  I believe that 28 U.S.C. 1361 is appropriate under the circumstances and

facts of this case.  However, defendants raised the issue that the cause of action may be

35 U.S.C. 32, and despite the fact that there is no statutory time limit for filing, or any

mention of time limitation articulated in the statute, they proposed that the District Court

for the District of Columbia lacks jurisdiction purely on the basis of untimeliness.

Because I did not anticipate that the Court might decide that the cause of action is indeed

35 U.S.C. 32 at the time I filed, coupled with my unfamiliarity with issues related to

jurisdiction, I did not move for leave to amend my amended complaint when the

defendants filed their Motion to Dismiss.  I believe that granting this request would be in

the interest of reaching a fair and equitable conclusion to this case.  The defense has itself

proposed that this case is of the subject matter of 35 U.S.C. 32, thus there should incur no

undue prejudice.  Alternatively I request permission to file a supplemental brief that

would be limited to the issue of potential jurisdictional bar in relation to the purely local

rule-based 30-day filing limit.  I do not believe that the time limit in LCvR 83.7 can cause

a jurisdictional bar.  It is my impression that the Court may decide that this case is

primarily concerned with 35 U.S.C. subject matter, but that because I am a pro se

plaintiff, sufficient facts had been included in the amended complaint to support this

alternative cause of action, and failure to explicitly state cause is therefore not a fatal

defect. Thus a supplemental brief may be sufficient.  Alternative proposed orders are

attached specifying filing of either respectively, a second amended motion or

supplementary brief by June 29, 2006.  I have contacted the attorney for the defendants

by email on June 24 and 25; by phone using voicemail on the 25th, and my calls on the

26th have gone unanswered.


                                                    Respectfully submitted,


                                                    _____/s/_____

                                                    Peter R. Kramer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PETER RONALD KRAMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1455 (HHK) |
| | ) | |
| UNITED STATES PATENT AND | ) | |
| TRADEMARK OFFICE, | ) | |
| JON W. DUDAS, Director, USPTO, | ) | |
| JOHN J. DOLL, Commissioner for Patents,) | | |
| HARRY I. MOATZ, Director, Office of | ) | |
| Enrollment and Discipline, | ) | |
| ROBERT J. SPAR, Director, Office of | ) | |
| Patent Legal Administration, | ) | |
| | ) | |
| Defendants. | ) | |
| _____) | | |

ORDER

Upon consideration of Plaintiff=s Motion for Leave, it is this _____ day of
_____ 2006,

ORDERED that plaintiff shall to, and including, June 29, 2006, to file a Second
Amended Complaint

_____
United States District Judge

Copies to:

John C. Truong
Assistant U.S. Attorney
555 4th Street, N.W., Room E-4110
Washington, DC 20530

Peter R. Kramer
7 High Street
Terryville, CT 06786

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


PETER RONALD KRAMER,                    )
                                        )
            Plaintiff,                  )
                                        )
       v.                               )       Civil Action No. 05-1455 (HHK)
                                        )
UNITED STATES PATENT AND                )
TRADEMARK OFFICE,                       )
JON W. DUDAS, Director, USPTO,          )
JOHN J. DOLL, Commissioner for Patents, )
HARRY I. MOATZ, Director, Office of     )
       Enrollment and Discipline,       )
ROBERT J. SPAR, Director, Office of     )
       Patent Legal Administration,     )
                                        )
            Defendants.                 )
_____ )

ORDER

Upon consideration of Plaintiff=s Motion for Leave, it is this _____ day of
_____ 2006,

ORDERED that plaintiff shall have to, and including, June 29, 2006, to file a
Supplemental Brief.


                                   _____
                                   United States District Judge


Copies to:

John C. Truong
Assistant U.S. Attorney
555 4th Street, N.W., Room E-4110
Washington, DC 20530

Peter R. Kramer
7 High Street
Terryville, CT 06786

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


PETER RONALD KRAMER,         )
            )
       Plaintiff,        )
            )
      v.          )    Civil Action No. 05-1455 (HHK)
            )
UNITED STATES PATENT AND     )
TRADEMARK OFFICE,         )
JON W. DUDAS, Director, USPTO,    )
JOHN J. DOLL, Commissioner for Patents,)
HARRY I. MOATZ, Director, Office of    )
    Enrollment and Discipline,    )
ROBERT J. SPAR, Director, Office of    )
    Patent Legal Administration,    )
            )
      Defendants.    )
_____)


ORDER

Upon consideration of Plaintiff=s Motion for Leave, it is this _____ day of
_____ 2006,

ORDERED that plaintiff shall have to, and including, June 29, 2006, to file a
Supplemental Brief and Second Amended Complaint.


                   _____
                   United States District Judge


Copies to:

John C. Truong
Assistant U.S. Attorney
555 4th Street, N.W., Room E-4110
Washington, DC 20530

Peter R. Kramer
7 High Street
Terryville, CT 06786