**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PETER RONALD KRAMER, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>U.S. PATENT & TRADEMARK )<br>OFFICE, )<br>)<br>   Defendant. ) | Civ. No.: 05-1455 HKK<br>ECF<br><br>Next Court Date: N/A |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME**

Defendant United States Patent and Trademark Office ("USPTO") respectfully moves the Court for an extension of time from July 10, 2006, to July 21, 2006, to file a response to *pro se* Plaintiff Peter Ronald Kramer's "Motion for Leave to File a Second Amended Complaint Or Alternative Supplemental Brief." See Dkt. No. 18.  Pursuant to Local Rule 7(m), the undersigned counsel conferred with Plaintiff, and Plaintiff graciously consented to this Motion.

This case involves Mr. Kramer's failure to pass a required exam to register as a patent agent.  Mr. Kramer sued in federal court seeking to have his exam re-graded.  Defendant moved to dismiss Mr. Kramer's lawsuit as time-barred under Local Rule 83.7 because he failed to file suit within 30 days of Defendant's decision not allowing him to register as a patent agent.  That motion is now ripe for a ruling by the Court.

At present, Mr. Kramer seeks leave of court to file a second amended complaint or to supplement his opposition to Defendant's motion to dismiss.  See Dkt. No. 18.  The undersigned has not had an opportunity to review the merit of Mr. Kramer's motion .  Mr. Kramer filed this

1

motion while the undersigned was on scheduled leave. Moreover, during this past week, the undersigned had other work commitments, including an oral argument in the District of Columbia Court of Appeals and a motion for summary affirmance. In addition, due to the July 4th Holiday, the undersigned has not had an opportunity to consult with agency counsel on Mr. Kramer's motion. The undersigned anticipates consulting with agency in the next few days and prepare an appropriate response to Mr. Kramer's motion. More importantly, an 11-day extension is needed so that the undersigned could circulate a draft response for client and supervisory review before filing it with the Court.

For the foregoing reasons, Defendant respectfully asks that the Court grant an 11-day extension of time for Defendant to file a response to Mr. Kramer's motion.

Dated: July 10, 2006.                    Respectfully Submitted,


   /s/   Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PETER DONALD KRAMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No.: 05-1455 HKK |
| | ) | ECF |
| U.S. PATENT & TRADEMARK OFFICE, | ) ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER GRANTING DEFENDANT'S
CONSENT MOTION FOR AN EXTENSION OF TIME**

Upon consideration of Defendant's Consent Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendant's Consent Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including July 21, 2006, to respond to "Plaintiff's Motion for Leave to File Second Amended Complaint Or Alternative Supplemental Brief." (Dkt. No. 18).

SO ORDERED.

_____
U.S. District Judge