UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER RONALD KRAMER,<br><br>　　　　　　　　Plaintiff,<br><br>UNITED STATES PATENT AND TRADEMARK OFFICE; JON W. DUDAS, Director, USPTO; JOHN J. DOLL, Commissioner for Patents; HARRY I. MOATZ, Director, Office of Enrollment and Discipline; ROBERT J. SPAR, Director, Office of Patent Legal Administration,<br><br>　　　　　　　　v.<br><br>　　　　　　　　Defendants. | Civil Action 05–01455 (HHK) |

**JUDGMENT**

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated by the court in its memorandum docketed this same day, it is this 9th day of August, 2006, hereby

**ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendants.

　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　United States District Court