UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PETER RONALD KRAMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1455 (HHK) |
| | ) | |
| UNITED STATES PATENT AND | ) | ECF |
| TRADEMARK OFFICE, | ) | |
| JON W. DUDAS, Director, USPTO, | ) | |
| JOHN J. DOLL, Commissioner for Patents, | ) | |
| HARRY I. MOATZ, Director, Office of | ) | |
| Enrollment and Discipline, | ) | |
| ROBERT J. SPAR, Director, Office of | ) | |
| Patent Legal Administration, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendants respectfully move the Court for a one-week extension of time to respond to *pro se* Plaintiff Peter R. Kramer's Motion for Reconsideration. Pursuant to Local Rule 7(m), the parties conferred by e-mail and Mr. Kramer consented to this Motion.

There is good cause for the Court to grant this Motion. On August 9, 2006, the Court granted Defendant's motion to dismiss holding, *inter alia*, that Mr. Kramer's lawsuit was untimely. See Aug. 9, 2006 Mem. Opinion and Order. On August 22, 2006, Mr. Kramer filed a motion for reconsideration of that Opinion and Order. See Dkt. No. 24. Defendants' response is due on September 5, 2006.

Defendants fully intended to file a response by the due date; however, the undersigned is on scheduled leave for the next two days and will then be away for depositions in Utah for next

week in another matter. The undersigned will not return to the office until September 8, 2006. Therefore, Defendants need a one-week extension until September 12, 2006, to file a response to Kramer's motion for reconsideration. This extension is also needed so that the undersigned could circulate a draft response for client and supervisory review before filing it with the Court.

For the foregoing reasons, Defendants respectfully request that the Court grant Defendants a one-week extension of time to respond to Mr. Kramer's Motion for Reconsideration.[1]

Dated: August 31, 2006.                    Respectfully Submitted,


   /s/   Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendant

---

[1] Since the Court has granted Mr. Kramer's motion for electronic filing (see Apr. 12, 2006 Minute Order) Defendants will not separately serve Mr. Kramer with this Motion by First Class mail.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PETER RONALD KRAMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1455 (HHK) |
| ) | |
| UNITED STATES PATENT AND ) | ECF |
| TRADEMARK OFFICE, ) | |
| JON W. DUDAS, Director, USPTO, ) | |
| JOHN J. DOLL, Commissioner for Patents, ) | |
| HARRY I. MOATZ, Director, Office of ) | |
| Enrollment and Discipline, ) | |
| ROBERT J. SPAR, Director, Office of ) | |
| Patent Legal Administration, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME**

Upon consideration of Defendants' Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendants' Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendants shall have up to and including September 12, 2006, to respond to Plaintiff's Motion for Reconsideration.

SO ORDERED.

_____
U.S. District Judge