United States District Court for the District of Columbia

Case Number CV-05-1455

Peter R. Kramer,                    Plaintiff,

v.            **NOTICE OF APPEAL**

United States Patent and
   Trademark Office,
Jon W. Dudas, Director USPTO,
John J. Doll, Commissioner for
   Patents, USPTO
Robert J. Spar, Director
   OPLA, USPTO
Harry I. Moatz,
   Director OED, USPTO,          Defendants.

     Notice is hereby given that Peter R. Kramer in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the Order entered in this action on September 14, 2006.

_____/s/_____
Peter R. Kramer (Appellant)

12 High St
Manchester, CT 06040
(860) 533-9795