United States District Court for the District of Columbia

Case Number CV-05-1455 HHK

| | | |
|---|---|---|
| Peter R. Kramer, | Plaintiff, | |
| | v. | **NOTICE OF APPEAL** |
| United States Patent and Trademark Office, Jon W. Dudas, Director USPTO, John J. Doll, Commissioner for Patents, USPTO Robert J. Spar, Director OPLA, USPTO Harry I. Moatz, Director OED, USPTO, | Defendants. | **RECEIVED** NOV - 9 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

Notice is hereby given that Peter R. Kramer in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the Order entered in this action on September 14, 2006.

/s/ Peter R. Kramer
(Appellant)

12 High St
Manchester, CT 06040
(860) 533-9795

```
Court Name: District of Columbia
Division: 1
Receipt Number: 4616000195
Cashier ID: tforrest
Transaction Date: 11/09/2006
Payer Name: peter kramer

NOTICE OF APPEAL/DOCKETING FEE
 For: peter kramer
 Amount:         $455.00
CHECK
 Check/Money Order Num: 483
 Amt Tendered: $5.00
MONEY ORDER
 Check/Money Order Num: 106300016
 Amt Tendered: $450.00

Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

05-1455

Only when the bank clears the
check, money order, or verifies
credit of funds, is the fee or debt
officially paid or discharged. A
$45 fee will be charged for a
returned check.
```